NUMBER 13-06-305-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
_________________________________________________________
 
ALLIED WASTE SYSTEMS, INC.,                                        Appellant,

v.

ALFRED MARTINEZ,                                                          Appellee.
_________________________________________________________

On appeal from the 117th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Garza
Memorandum Opinion Per Curiam

         Appellant, ALLIED WASTE SYSTEMS, INC., perfected an appeal from a
judgment entered by the 117th District Court of Nueces County, Texas, in cause
number 00-649-B. After the notice of appeal was filed, the parties filed a joint motion
to dismiss the appeal. In the motion, the parties state they have reached a settlement.
The parties request that this Court set aside the trial court’s judgment without regard
to the merits and remand the case to the trial court for rendition of judgment in
accordance with the parties’ agreement that a take nothing judgment be entered.
         The Court, having considered the documents on file and the parties’ joint 
motion, is of the opinion that the motion should be granted. The parties’ joint motion
is hereby GRANTED. The judgment of the trial court is hereby SET ASIDE, and the
cause is REMANDED to the trial court for rendition of judgment in accordance with the 
parties’ agreement that a take nothing judgment be entered. Costs of the appeal are
adjudged against the party incurring same.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 26th day of October, 2006.